# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>**PH LOUNGE, LLC, and**<br>**ANTONIO FIKES, JR., individually**<br>doing business as PH Night Club<br>doing business as PH Ultra Lounge, )<br>)<br>Defendants, ) | Case No. 2:12-cv-1722-JHE-SLB |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is **ORDERED** that "Defendants' Motion to Dismiss for Failure to State a Claim, Subject Matter Jurisdiction, Lack of Personal Jurisdiction, Lack of Standing, Failure to Mitigate Damages, Waiver & Estoppel, and Failure to Prosecute" is **DENIED**.

This action is **REFERRED** back to Magistrate John England for further proceedings.

**DONE**, this 29th day of September, 2013.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE